# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES DALE VAUGHN, <br><br> Petitioner, <br><br> v. <br><br> WALTER DINWIDDIE, Warden, <br><br> Respondent. | Case No. CIV-06-202-RAW |

## ORDER

On November 7, 2007, Magistrate Judge Kimberly E. West filed a Report and Recommendation, recommending that this action (commenced by Petitioner's filing of a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254) be dismissed. Petitioner filed an Objection on November 14, 2007. The Court has conducted the de novo review required by 28 U.S.C. §636(b) of "those portions of the report or specified findings or recommendations to which objection is made." Upon such review, the Court finds that the Magistrate Judge's Report and Recommendation is well-supported by the evidence and the prevailing legal authority. As a result, Petitioner's objections to the Report and Recommendation are overruled.

Accordingly, the Report and Recommendation of United States Magistrate Judge West is hereby AFFIRMED and ADOPTED as this Court's Findings and Order. Petitioner's petition pursuant to 28 U.S.C. § 2254 is hereby DISMISSED.

IT IS SO ORDERED this 11th day of December, 2007.

_____
**HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**